[No. 29216-1-I.   Division One.   June 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMONT JEFFREY REYNOLDS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01386-8, Ricardo S. Martinez, J., entered September 20, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 32223-1-I.   Division One.   June 21, 1993.]

*In the Matter of* C.C.S.

CASSANDRA L. SAGE, *Petitioner*, v. B. ROSS HANSEN, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 92-5-01129-9, Katherine C. Hersey, J. Pro Tem., and William L. Downing, J., entered December 17, 1992, and January 7, 1993. *Reversed* by unpublished per curiam opinion.

[No. 12280-8-III.   Division Three.   June 22, 1993.]

ROBERT W. COX, *Appellant*, v. KENNEWICK IRRIGATION DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-2-00476-2, Albert J. Yencopal, J., entered March 11, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Thompson, J.